SEALED

1  McGREGOR W. SCOTT
United States Attorney
2  MATTHEW M. YELOVICH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

FILED

MAR 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:            )   CASE NO. 2 1 8 - SW . 0 2 4 9      EFB
                                               )
12  8620 Port Haywood Way                      )
Sacramento, California                         )   SEALING ORDER
13                                             )
                                               )
14                                             )
                                               )
15                                             )
                                               )
16  _____)

17

         Upon application of the United States of America and good cause having been shown,
18
         IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
    shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
    copy of the search warrant will be left at the scene of the search.
21

22  Dated: 3-28-2018

23                                              EDMUND F. BRENNAN
                                                United States Magistrate Judge
24

25

26

27

28